# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MASLANKOWSKI, ANNA MASLANKOWSKI, P.M. by and through their guardian ad litem Justyna Lindahl, AND S.M. by and through their guardian ad litem Justyna Lindahl<br><br>Plaintiffs,<br><br>v.<br><br>Camp Pendleton & Quantico Housing, LLC, LPC Pendleton Quantico PM LP, AND DOES 1-50<br><br>Defendants. | Case No.:   22CV632-TWR (BLM)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the videoconference Mandatory Settlement Conference scheduled for May 22, 2023 at 9:30 a.m. is **RESET** to **June 5, 2023** at **9:30 a.m.** No later than **May 26, 2023**, the parties shall submit directly to Magistrate Judge Major's chambers (efile_major@casd.uscourts.gov) confidential settlement statements no more than ten (10) pages in length and conference participant information.  All other guidelines and requirements remain as previously set.  ECF No. 10.

**IT IS SO ORDERED**.

Dated: 3/15/2023

Hon. Barbara L. Major
United States Magistrate Judge

1

22CV632-TWR(BLM)