UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THOMAS MASLANKOWSKI, an
individual; ANNA MASLANKOWSKI,
an individual; P.M., by and through their
guardian ad litem Justyna Lindahl; and
S.M., by and through their guardian ad
litem Justyna Lindahl,

                              Plaintiffs,

v.

CAMP PENDLETON & QUANTICO
HOUSING, LLC, a Delaware limited
liability company; LPC PENDLETON
QUANTICO PM LP, a Delaware limited
partnership; and DOES 1 through 50,
inclusive,

                              Defendants.

Case No.:  22-CV-632 TWR (BLM)

**ORDER GRANTING JOINT
MOTION CONSENTING TO
JURISDICTION OF MAGISTRATE**

(ECF No. 22)

       Presently before the Court is the Parties' Joint Motion Consenting to Jurisdiction of
Magistrate Judge Goddard.  (ECF No. 22, "Mot.")  The Parties request that the Court
approve the exercise of limited jurisdiction by the Honorable Allison H. Goddard for the
purpose of entering an order on the Parties' Petition for Minor's Compromise that seeks
Court approval of the Parties' settlement as it relates to the minor parties.  (*See id*. at 1; *see*

1

*generally* ECF No. 23); *see* S.D. Cal. CivLR 17.1; 28 U.S.C. § 636(c).  Good cause appearing, the Court **GRANTS** the Parties' Joint Motion.  The Parties' Petition for Minor's Compromise shall be decided by Magistrate Judge Allision H. Goddard.

      **IT IS SO ORDERED.**

Dated:  April 6, 2023

_____
Honorable Todd W. Robinson
United States District Judge