# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MASLANKOWSKI, an individual; ANNA MASLANKOWSKI, an individual; P.M., by and through their guardian ad litem Justyna Lindahl; and S.M., by and through their guardian ad litem Justyna Lindahl,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company; LPC PENDLETON QUANTICO PM LP, a Delaware limited partnership; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  22-CV-632 TWR (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 27) |

On May 4, 2023, Magistrate Judge Allison H. Goddard granted Plaintiffs' Petition for Minors' Compromise. (ECF No. 25.) Now before the Court is the Parties' Joint Motion to Dismiss this Action with Prejudice. (ECF No. 27.) Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this action in its entirety with prejudice in

/ / /

accordance with the terms of the Parties' written agreement.  The Clerk of Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  May 24, 2023

_____
Honorable Todd W. Robinson
United States District Judge